UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO:10-10061 BKT |
|---|---|
| ANDRES RIVERA-PACHECO | |
| Petitioner (s) | CHAPTER 13 |

NOTICE OF SUBMITTING AMENDED SCHEDULE "A"

TO THE HONORABLE COURT:

COME (S) NOW, debtor(s) through the undersigned attorney and respectfully state(s), allege(s) and pray(s) as follows:

1. That debtor(s) is submitting with this Notice amended schedule "A".

2. The purpose of the amendment is to:

    **A.** **_To clarify debtor interest to property inheritance and to include comparables report._**

3. Dates for meeting of creditors, for filing claims and for hearing of confirmation are to be notified or have been by the Trustee of this case.

NOTICE

Within thirty (30) days after service as evidence by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law. (2) The requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. If you file a timely response, the court may-in its discretion-schedule a hearing.

WE HEREBY CERTIFY that on this same date and by electronic CM/EC filing system, copy of this Notice has been sent to Mr. Alejandro Oliveras Esq., Chapter 13 Trustee, PO Box 9024062, Old San Juan Station, San Juan, PR 00902-4062 and to all interested parties mentioned in attached Master Address List.

Respectfully Submitted

In San Juan, Puerto Rico, this December 13, 2010

JAIME RODRÍGUEZ LAW OFFICE, PSC
Attorney for Petitioner(s)
Paseo Los Corales II
764 Mar del Norte ST.
Dorado, PR 00646
Tel: (787)797-4174
Fax: (787)730-5454
bayamonlawoffice@yahoo.com

ELECTRONICALLY FILED
S/ Jaime Rodríguez-Pérez,
USDC- PR 221011

IN RE RIVERA PACHECO, ANDRES  
Debtor(s)

Case No. **10-10061-13**  
(If known)

# AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1. RESIDENTIAL PROPERTY:<br>50% INTEREST IN RESIDENTIAL PROPERTY LOCATED AT URB MARINA BAHIA, MG 20 PLAZA 40, CATANO PR 00962. THE PROPERTY CONSISTS OF THREE BEDROOMS, TWO BATHROOMS, LIVING ROOM, DINING ROOM, KITCHEN, AND LAUNDRY AREA.<br><br>ON DECEMBER 1988 DEBTOR ACQUIRED THE REFERRED PROPERTY IN THE AMOUNT OF $104,192.00.<br><br>DEBTOR UNDERSTANDS THAT THE PROPERTY HAS A MARKET VALUE OF $260,000.00.<br><br>DEBTOR ANTICIPATES:<br>LIQUIDATION EXPENSES: $24,487.86<br>LIQUIDATION VALUE: $0.00<br><br>SEE ATTACHED HYPOTHETICAL CHAPTER 7 LIQUIDATION ANALYSIS, AND APPRAISAL PROPERTY SEE EXHIBIT A. | | C | 260,000.00 | 209,048.91 |
| 2. COMMERCIAL PROPERTY:<br>100% INTEREST IN COMMERCIAL PROPERTY LOCATED AT CALLE IGUANA #3, CAMUY PR.<br><br>ON 2007 DEBTOR ACQUIRED THE REFERRED PROPERTY IN THE AMOUNT OF $170,000.00.<br><br>DEBTOR UNDERSTANDS THAT THE PROPERTY HAS A MARKET VALUE OF $190,000.00.<br><br>DEBTOR ANTICIPATES:<br>LIQUIDATION EXPENSES: $24,824.69<br>LIQUIDATION VALUE: $0.00<br><br>SEE ATTACHED HYPOTHETICAL CHAPTER 7 LIQUIDATION ANALYSIS, SEE EXHIBIT B. | | | 190,000.00 | 158,963.84 |
| 3. INHERITANCE PROPERTY:<br>20% INHERITANCE INTEREST IN ESTATE OF MR. ANDRES RIVERA-VAZQUEZ WHICH CONSISTS OF 50% INTEREST IN RESIDENTIAL PROPERTY LOCATED AT BOULEVARD DEL RIO | | C | 80,000.00 | 0.00 |
| | | TOTAL | 530,000.00 | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

EXHIBIT A

| IN RE: | |
|---|---|
| CASE NO. | 0 |
| PROPERTY 1: | Residential property at Catano, PR |

**LIQUIDATION VALUE ANALISIS**

| | | |
|---|---|---|
| Non Exempt Equity | $ | 49,951.09 |
| Liquidation Expenses | $ | - |
| Liquidation Value | **$** | **-** |
| | | |
| Debtor(s) Ownership Interest | 0.50 | (1 = 100%) |
| | | |
| Debtor(s) Non Exempt Equity | $ | 24,475.55 |
| Debtor(s) Liquidation Expenses | $ | 24,487.86 |
| Liquidation Value of Debtor(s) | **$** | **-** |

| | Actual | Original | Cost of Improvements |
|---|---|---|---|
| Value | $ 260,000.00 | $ 104,192.00 | |
| 1st. mortgage | $ 209,048.91 | $ 209,048.91 | |
| 2nd. mortgage | $ - | $ - | |
| 3rd. mortgage | $ - | $ - | |
| Equity | $ 50,951.09 | | |
| | | | |
| Exemption | $ 1,000.00 | | |
| Non Exempt Equity | $ 49,951.09 | | |

**LIQUIDATION EXPENSES**

| | | |
|---|---|---|
| **Chapter 7 Trutee's Fee** | | |
| Total disbursements | $ 129,500.00 | |
| $0 - $5,000 @ 25% | | $ 1,250.00 |
| $5,000.01-$50,000 @10% | | $ 4,500.00 |
| $50,000.01 - @5% | | $ 3,975.00 |
| | | |
| **Trustees Fees Total** | $ 9,725.00 | |
| **Capital Gain Tax @10%** | $ 15,580.80 | CAPITAL GAIN= $155,808.00 |

| | | | Sale Price |
|---|---|---|---|
| **Buy Sale Cost and Fees** | | | |
| Notary Fees | | $ 1,300.00 | $ 260,000.00 |
| Stamps | | $ 291.00 | |
| Total | $ 1,591.00 | $1,591.00 | |

| | | | Original Note |
|---|---|---|---|
| **Mortgage Cancellation 1st.** | | | |
| Notary Fees | | $ 1,045.24 | $ 209,048.91 |
| Original Stamps | | $ 235.05 | |
| CertifiedDeed Stamps | | $ 130.52 | |
| Property Registry Voucher | | $ 10.00 | |
| Certified Deed Voucher | | $ 418.10 | |
| Certified Notary fees | | $ 15.00 | |
| Total | $ 1,853.92 | $ 1,853.92 | |

| | | | Original Note |
|---|---|---|---|
| **Mortgage Cancellation 2nd.** | | | |
| Notary Fees | | $ - | $ - |
| Original Stamps | | $ - | |
| Certified Copy Deed Stamps | | $ - | |
| Property Registry Voucher | | $ - | |
| Certified Copy Deed Voucher | | $ - | |
| Certified Notary fees | | $ - | |
| Total | $ - | $ - | |

| | | | Original Note |
|---|---|---|---|
| **Mortgage Cancellation 3rd.** | | | |
| Notary Fees | | $ - | $ - |
| Original Stamps | | $ - | |
| Certified Copy Deed Stamps | | $ - | |
| Property Registry Voucher | | $ - | |
| Certified Copy Deed Voucher | | $ - | |
| Certified Notary fees | | $ - | |
| Total | $ - | $ - | |

| | | |
|---|---|---|
| **Title Study** | $ | 50.00 |
| **Presentation Fees** | $ | 50.00 |
| **Realtor Fees @ 4%** | $ | 10,400.00 |
| | | |
| **Total Expenses w/o Ch 7 Fees** | $ | 29,525.72 |
| | | |
| Adjustment to Total Expenses | | $14,762.86 |
| | | |
| Debtor(s) Expenses plus Ch 7 Fees | $ | 24,487.86 |

| IN RE: | |
|---|---|
| CASE NO. | 0 |
| PROPERTY 1: | Residential property at Camuy, PR |

## LIQUIDATION VALUE ANALISIS

| | |
|---|---|
| Non Exempt Equity | $ 23,860.14 |
| Liquidation Expenses | $ - |
| Liquidation Value | $ - |
| | |
| Debtor(s) Ownership Interest | 1.00 (1 = 100%) |
| | |
| Debtor(s) Non Exempt Equity | $ 23,860.14 |
| Debtor(s) Liquidation Expenses | $ 24,824.69 |
| Liquidation Value of Debtor(s) | $ - |

| | Actual | Original | Cost of Improvements |
|---|---|---|---|
| Value | $ 190,000.00 | $ 170,000.00 | |
| 1st. mortgage | $ 156,310.86 | $ 156,310.86 | |
| 2nd. mortgage | $ 4,829.00 | $ 4,829.00 | |
| 3rd. mortgage | $ - | $ - | |
| Equity | $ 28,860.14 | | |
| | | | |
| Exemption | $ 5,000.00 | | |
| Non Exempt Equity | $ 23,860.14 | | |

### LIQUIDATION EXPENSES

**Chapter 7 Trutee's Fee**

| | | |
|---|---|---|
| Total disbursements | $ 185,000.00 | |
| $0 - $5,000 @ 25% | | $ 1,250.00 |
| $5,000.01-$50,000 @10% | | $ 4,500.00 |
| $50,000.01 - @5% | | $ 6,750.00 |
| | | |
| **Trustees Fees Total** | $ 12,500.00 | |
| Capital Gain Tax @10% | $ 2,000.00 | **CAPITAL GAIN=** $20,000.00 |

**Buy Sale Cost and Fees** — Sale Price

| | | |
|---|---|---|
| Notary Fees | | $ 950.00 $ 190,000.00 |
| Stamps | | $ 211.00 |
| Total | $ 1,161.00 | $1,161.00 |

**Mortgage Cancellation 1st.** — Original Note

| | | |
|---|---|---|
| Notary Fees | | $ 781.55 $ 156,310.86 |
| Original Stamps | | $ 177.31 |
| CertifiedDeed Stamps | | $ 99.16 |
| Property Registry Voucher | | $ 10.00 |
| Certified Deed Voucher | | $ 312.62 |
| Certified Notary fees | | $ 15.00 |
| Total | $ 1,395.64 | $ 1,395.64 |

**Mortgage Cancellation 2nd.** — Original Note

| | | |
|---|---|---|
| Notary Fees | | $ 24.15 $ 4,829.00 |
| Original Stamps | | $ 5.83 |
| Certified Copy Deed Stamps | | $ 3.41 |
| Property Registry Voucher | | $ 10.00 |
| Certified Copy Deed Voucher | | $ 9.66 |
| Certified Notary fees | | $ 15.00 |
| Total | $ 68.05 | $ 68.05 |

**Mortgage Cancellation 3rd.** — Original Note

| | | |
|---|---|---|
| Notary Fees | | $ - $ - |
| Original Stamps | | $ - |
| Certified Copy Deed Stamps | | $ - |
| Property Registry Voucher | | $ - |
| Certified Copy Deed Voucher | | $ - |
| Certified Notary fees | | $ - |
| Total | $ - | $ - |

| | |
|---|---|
| Title Study | $ 50.00 |
| Presentation Fees | $ 50.00 |
| Realtor Fees @ 4% | $ 7,600.00 |
| | |
| **Total Expenses w/o Ch 7 Fees** | $ 12,324.69 |
| | |
| Adjustment to Total Expenses | $0.00 |
| | |
| Debtor(s) Expenses plus Ch 7 Fees | $ 24,824.69 |

IN RE RIVERA PACHECO, ANDRES _____ Case No. **10-10061-13** _____
              Debtor(s)                                                   (If known)

## AMENDED SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **H 114, GUAYNABO, PR . THE PROPERTY CONSISTS OF THREE BEDROOMS, TWO BATHROOMS, LIVING ROOM, DINING ROOM, KITCHEN, AND GARAGE AREA.**<br><br>**THE PROPERTY HAS AN ESTIMATED MARKET VALUE OF $160,000.00. HEIRS ARE DEBTOR, WIDOW MRS. PACHECO AND THREE SIBLINGS, FOR A TOTAL OF 5.**<br><br>**ANALYSIS:**<br>**DEBTOR ANTICIPATES:**<br>**LIQUIDATION EXPENSES: $8,103.31**<br>**SEE ATTACHED HYPOTHETICAL CHAPTER 7 LIQUIDATION ANALYSIS, COMPARABLES REPORT, "SEE EXHIBIT B.**<br><br>**LIQUIDATION VALUE AFTER EXEMPTIONS: $632.19**<br>-------------------------------------------------------------------------------------------------------------------------------- | | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

 

# JAIME RODRIGUEZ LAW OFFICE, PSC

## LIQUIDATION VALUE ANALYSIS

| | | |
|---|---|---|
| **Debtor:** ANDRES RIVERA-PACHECO | **Case Num:** | **10-10061** |
| **Spouse:** | | |

**1** Residential property located at: URB BOULEVARD DEL RIO H 114, GUAYNABO, PR
**Original Cost**

### A. Replacement value: $160,000.00

| | | |
|---|---:|---:|
| First Mortgage (RG MORTGAGE) | $58,594.00 | |
| Second Mortgage | 0.00 | |
| Other Liens | 0.00 | $58,594.00 |
| **Gross equity** | | **$101,406.00** |

### B. Liquidation Costs:

| | | | |
|---|---:|---:|---:|
| Heirs Declaratory | | $500.00 | |
| "Planilla Caudal relicto" | | 200.00 | |
| "Instancia" | | 250.00 | |
| "Instancia´s" stamps and vouchers | | 300.00 | |
| Notary fees on deed of sale | | $ 1,000.00 | |
| Notary fees, 1st mortgage cancellation | | 800.00 | |
| Notary fees, 2nd mortgage cancellation | | 0.00 | |
| Stamps and vouchers | | 100.00 | |
| CRIM | | 0.00 | |
| Capital gains @ 10% ($25,000 original cost) | | 0.00 | |
| Realtor fees @ (3%) | 3% | 4,800.00 | $6,700.00 |
| **Gross equity less Liquidation Cost** | | | **$94,706.00** |

### C. Total balance to be liquidated

| | | | |
|---|---:|---:|---:|
| | | | $94,706.00 |
| % interest of decesed person in property | **50%** | | 47,353.00 |
| Less: "Cuota Viudal Usufructuaria for widow" | | 21,220.74 | 26,132.26 |
| divided by number of heirs, equal amount available for debtor | **4** | | 6,533.07 |

**Chapter 7 Trustee fees under 11 USC 326**

| | | |
|---|---:|---:|
| Total disbursements | | $6,533.07 |
| $0 - $5,000 @ 25% | $1,250.00 | |
| $5,000.01-$50,000 @10% | $153.31 | |
| $50,000.01 - @5% | $0.00 | |
| **Chapter 7 Trustee fees under 11 USC 326** | | $1,403.31 |
| **Net Participation of debtor** | | **$5,129.76** |

### D. Plus: 6% interest

| | | | |
|---|---:|---:|---:|
| | | | $5,457.19 |
| Less: exemptions under 522 (d) (1) | | 0.00 | |
| Less: exemptions under 522 (d) (5) {unused amount of 522 (d) (1)} | | 4,825.00 | |
| Less: exemptions under 522 (d) (5) Wild card exemption | | | 4,825.00 |
| **LIQUIDATION VALUE (6% present value interest include)** | | | **$632.19** |
| **LIQUIDATION EXPENSES** | | | **$8,103.31** |

© Jaime Rodríguez-Pérez, Esq.

Report Date: 12/10/2010
Company: *JAIME RODRIGUEZ LAW OFFICE, PS*
Telephones:



PUERTO RICO COMPARABLE SALES DATA SYSTEM

| BLOCK LOT | STREET | DEV. / WARD | MUNICIPALITY | SALE PRICE | Date Sold mm/dd/yy | Sale Type | Lot Area | Type | Const | Age A - E | Cond | Story | Unit | Room | Bedr | Bath | House Area | Carport Garage | App Val |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APT I-311 | | BOULEVARD DEL RIO COND. | GUAYNABO | 150,000 | 01/11/08 | CON | | WU | RC | 10 | 5 | A | 1 | 1 | 6 | 3 | 2.0 | 1115 | 2PK | 155,000 |
| APT C-311 | | BOULEVARD DEL RIO COND. | GUAYNABO | 150,000 | 04/27/07 | CON | | WU | RC | 10 | 5 | A | 1 | 1 | 6 | 3 | 2.0 | 1102 | 2PK | 150,000 |
| APT E-315 | | BOULEVARD DEL RIO COND. | GUAYNABO | 145,000 | 02/15/08 | CON | | WU | RC | 8 | 5 | G | 1 | 1 | 6 | 3 | 2.0 | 1146 | 2PK | 155,000 |
| APT H-336 | | BOULEVARD DEL RIO COND. | GUAYNABO | 142,500 | 01/30/08 | CON | | WU | RC | 8 | 5 | G | 1 | 1 | 6 | 3 | 2.0 | 1132 | 2PK | 154,000 |

The Information contained in this report is considered reliable and believed to be true and correct. However no responsibility for accuracy can be assumed by P.R. Comparable Sa Neither all, nor any part of the report, or copy thereof, shall be used without the written consent and approval of the publisher.
"No le niegues una comparable a un compañero pero motivalo a que se suscriba al sistema"

Millennium Edition

# INSTRUCCIONES PARA EL USO DE LA CALCULADORA (TEST VERSION 0.01a)

*[La calculadora se ofrece para fines educativos y como ejemplos de los posibles cálculos . Deberá usarse únicamente para fines ilustrativos, y bajo su propia responsabilidad. La Asociación de Notarios no asume responsabilidad alguna por el uso de la calculadora. Para mayor certeza, deberá consultar con su notario o contador publico autorizado. ]*

Tan solo deben llenarse los espacios que están marcados con el color amarillo.

En el espacio identificado como **Caudal** Debe incluir el monto del caudal que va a ser objeto de partición. (Recordar que si se trata de bienes gananciales, la cantidad a incluirse debe ser solamente la que le corresponda al cónyuge fallecido.)

En los próximos espacios, incluir la **Edad de la viuda** y su género.

Para llenar el espacio de **expectativa de vida** debe hacerse referencia a la tabla de expectativa de vida que se vaya a utilizar. Para fines de ilustración, se incluye la tabla que aparece en la página _____

Seleccione la cantidad que corresponda a la expectativa de vida aplicable a su caso y coloque esta cantidad en el espacio amarillo.

Si hay hijos o descendientes, pase a la sección III, y utilice la sección correspondiente, dependiendo de si los hijos son **de un solo matrimonio** o si se trata de **hijos de mas de un matrimonio**, e indique el número de hijos que corresponda. De existir testamento, y de existir mejora, incluya la cantidad que corresponde a la **Mejora** en el espacio indicado.

*\*Para mayor información sobre la doctrina aplicable y ejemplos concretos del derecho de usufructo viudal, uede consultar el libro del Profesor Juan Muñiz Belbrú, Herencia, el Usufructo Viudal (Determinación y Liquidación), Edición 1997.*

**OPRIMA AQUI PARA VER LA TABLA DE EXPECTATIVA DE VIDA**

## CALCULO DEL USUFRUCTO VIUDAL

*(version de prueba Sept 2005)*

**CONYUGE SUPERSTITE**

| Caudal | 160,000.00 | |
|---|---|---|
| Edad Viuda | 78 | |
| Genero | femenina | |
| expectativa de vida | **90** | **16.578699445** |
| Interes | **6%** | |

**I. Con un solo hijo**

Una tercera parte de la herencia

Del tercio de mejora

| Usufructo de | 53,333.33 |
|---|---|
| Anualidad | 3,200.00 |
| Conmutación | 53,051.84 |

|  | Vigente |
|---|---|
| **Intestada** | 53,051.84 |
| **Testada** |  |
| no menos de | 53,051.84 |
| no mas de | 106,385.17 |

## II. Con ascendientes

Una tercera parte de la herencia

De la libre disposicion

| Usufructo de | 53,333.33 |
|---|---|
| Anualidad | 3,200.00 |
| Conmutación | 53,051.84 |

|  | Vigente |
|---|---|
| **Intestada** | 53,051.84 |
| **Testada** |  |
| no menos de | 53,051.84 |
| no mas de | 133,051.84 |

## III. Con dos o más hijos o descendientes

### 1) hijos de un solo matrimonio

(Legitima larga menos la mejora) dividido entre la cantidad de hijos mas uno

Del tercio de mejora

| *Cantidad de hijos* | 4 |
|---|---|
| *Mejora* |  |
| Usufructo de | 21,333.33 |
| Anualidad | 1,280.00 |
| Conmutación | 21,220.74 |

|  | Vigente |
|---|---|
| **Intestada** | 21,220.74 |
| **Testada** |  |
| no menos de | 21,220.74 |

|   |   |
|---|---:|
| no mas de | 74,554.07 |

### 2) hijos de mas de un matrimonio

(Legitima larga menos la mejora) dividido entre la cantidad de hijos

De la libre disposicion

*Cantidad de hijos*

*Mejora*

| | |
|---|---|
| Usufructo de | NaN |
| Anualidad | NaN |
| Conmutación | NaN |

|   |   | Vigente |
|---|---|---|
| **Intestada** | | NaN |
| **Testada** | | |
| no menos de | | NaN |
| no mas de | | NaN |

### IV. Con personas que no son ni descendientes ni ascendientes

La mitad de la herencia

Del total de la herencia

Si no hay colaterales preferentes hereda la totalidad

| | |
|---|---|
| Usufructo de | 80,000.00 |
| Anualidad | 4,800.00 |
| Conmutación | 79,577.76 |

|   |   | Vigente |
|---|---|---|
| **Intestada** | | 79,577.76 |
| **Testada** | | |
| no menos de | | 79,577.76 |
| no mas de | | 160,000.00 |

☑ Automatic recalculation  Recalculate

---

Esta Calculadora que ofrecemos se encuentra en estado de prueba; Agradeceremos cualquier comentario, asi como cualquier sugerencia relacionada con este servicio.

**Oprima aqui para enviarnos un mensaje por correo electronico.**

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **RIVERA PACHECO, ANDRES**      Case No. **10-10061-13**
         Debtor(s)          (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **23** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 13, 2010**      Signature: **/s/ ANDRES RIVERA PACHECO**
         **ANDRES RIVERA PACHECO**      Debtor

Date: _____      Signature: _____
         (Joint Debtor, if any)
         [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____      _____
Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

MASTER ADDRESS LIST

| | | |
|---|---|---|
| **RIVERA PACHECO, ANDRES**<br>MG 20 PLAZA 40<br>URB MARINA BAHIA<br>CATANO, PR  00962 | **DEPARTAMENTO DEL TRABAJO**<br>EDIF PRUDENCIO RIVERA MARTINEZ<br>AVE. MUNOZ RIVERA 505<br>HATO REY, PR  00918 | **MGM OPTICAL LABORATORY, INC**<br>621 AVE DE DIEGO<br>SAN JUAN, PR  00920-5001 |
| **Jaime Rodriguez Law Office, PSC**<br>Urb Rexville BB21 Calle 38<br>Bayamon, PR  00956 | **DEPT OF HEALTH & HUMAN SVCS/HRS**<br>5600 FISHERS LN<br>ROCKVILLE, MD  20852 | **MID AMERICA BANK AND TRUST**<br>5109 S BROADBAND LN<br>SIOUX FALLS, SD  57108 |
| **AMERICAN EXPRESS**<br>PO BOX 1270<br>NEWARK, NJ  07101-1270 | **DTOP PUERTO RICO**<br>OBRAS PUBLICAS<br>P.O. Box 41243<br>SAN JUAN, PR  00940-1243 | **ORIENTAL FINANCIAL GROUP**<br>997 SAN ROBERTO ST<br>SAN JUAN, PR  00926 |
| **BANCO POPULAR DE PUERTO RICO**<br>PO BOX 71375<br>SAN JUAN, PR  00936-7077 | **FIA CARDS SERVICES**<br>PO BOX 15019<br>WILMINGTON, DE  19886-5019 | **RELIABLE FINANCE**<br>PO BOX 21382<br>SAN JUAN, PR  00928-1282 |
| **BANCO SANTANDER DE PUERTO RICO**<br>PO BOX 362589<br>SAN JUAN, PR  00936-2589 | **GE CAPITAL / WALMART**<br>PO BOX 981400<br>EL PASO, TX  79998 | |
| **CITI CARDS**<br>PO BOX 183051<br>COLUMBUS, PR  43218-3051 | **GEMB/SAMS CLUB**<br>PO BOX 981400<br>EL PASO, TX  79998 | |
| **CRIM**<br>P.O. BOX 195387<br>SAN JUAN, PR  00919-5387 | **Internal Revenue Services (IRS)**<br>Po Box 21126<br>Philapelphia, PA  19114-0326 | |
| **DELGADO & FERNANDEZ, L.L.P.**<br>PO BOX 11750 FERNANDEZ JUNCOS STATION<br>SAN JUAN, PR  00910-1750 | **ISLAND FINANCE**<br>POB 71504<br>SAN JUAN, PR  00936 | |
| **DEPARTAMENTO DE HACIENDA**<br>P.O. BOX 9024140<br>SAN JUAN, PR  00902-4140 | **LABORATORIO TODO OPTICA**<br>Carr 651 Km 2 Hm 4<br>Arecibo, PR  00612 | |
| **DEPARTAMENTO DE HACIENDA**<br>P.O. Box 9024140<br>San Juan, PR  00902-4140 | **LEONARDO PIERANTONI SANTIAGO**<br>1326 CALLE SALUD SUITE 117<br>EL SENORIAL PLAZA<br>PONCE, PR  00717-1689 | |